No. 5214.—ZARAGOZA, aplda., *v.* LEÓN, aplte.—C. D. San Juan. Feb. 11, 1930.

(Por la corte, a propuesta del Juez Asociado Señor Aldrey.)

Con lugar la moción de desestimación por no haber sido notificado el escrito de apelación a la apelada y por falta de prosecución.